**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Guy R. Humphrey
United States Bankruptcy Judge

**Dated: June 15, 2017**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

IN RE:                                                     CASE NO: 16-33595
                                                                           (Chapter 13)
Hitendra D Patel                             JUDGE: GUY R. HUMPHREY

ORDER DISMISSING CASE (Docket 61)

This matter is before the Court upon the Chapter 13 Trustee's Motion to DISMISS (Doc. 61). As no party has timely opposed the motion, the Motion to DISMISS is GRANTED.

IT IS ORDERED that this case be and hereby is dismissed.

IT IS SO ORDERED.

Submitted By:

/s/ JEFFREY M. KELLNER

JEFFREY M. KELLNER      0022205
CHAPTER 13 TRUSTEE
131 N LUDLOW ST   SUITE 900
DAYTON, OH 45402-1161
Phone: (937) 222-7600
Fax: (937) 222-7383
email: chapter13@dayton13.com

**Distribution:**
All Creditors and Parties in Interest.